
ORIGINAL
(Rev 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Phillip A. Hicks    (298585)
(Name of Plaintiff)    (Inmate Number)

Delaware Correctional Center
1181 Paddock Rd. Smyrna, Del. 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Thomas Carroll
(2) Dennis Spence
(3) D.C.C. Classification Department
(Names of Defendants)
cont. page (5)
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

                    299
_____
(Case Number)
(to be assigned by U.S. District Court)

FILED
MAY - 5 2006
U.S. DISTRICT COURT

CIVIL COMPLAINT

ED scanned
IFP

✓ Jury Trial Requested
I request my trial be
decided by a Jury

I.   PREVIOUS LAWSUITS

     A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
          including year, as well as the name of the judicial officer to whom it was assigned:

          N/A
          _____
          _____
          _____
          _____
          _____

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes  ·· No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes  ·· No

C. If your answer to "B" is Yes:

1. What steps did you take? Wrote several grievances to committee also wrote to classification and to deputy warden.

2. What was the result? No response from grievances. No response from classification. Letter from deputy Warden sending my letter to a Treatment Administrator.

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Thomas Carroll
Employed as Warden at State of Delaware Department of Correction
Mailing address with zip code: Office of The Warden, Delaware Correctional Center, 1181 Paddock Road Smyrna, Delaware 19977

(2) Name of second defendant: Dennis Spence
Employed as V-Building Counselor at State of Delaware Department of Correction
Mailing address with zip code: V-Building Delaware Correctional Center 1181 Paddock Road Smyrna, Delaware 19977

(3) Name of third defendant: D.C.C. Classification Department
Employed as Classification Department at State of Delaware Department of Correction
Mailing address with zip code: Delaware Correctional Center 1181 Paddock Rd. Smyrna, Delaware 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)
Cont. page (5)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. From 5/4/05 to 5/9/05 was to be in population for being convicted of civil contempt. I had open charges which I could not post bail. I couldn't afford it. I remained in population. I wrote to all concerned and was never moved to pre-trial status. On 8/02/05 I was assaulted by a sentenced inmate. (cont. on page 6)

2. Delaware Correctional Centers Classificational Department is involved by their neglect in moving me. On 5/10/05 I was given a Offender Status Sheet which held my Detentioner Charge Information and my sentence from 5/4/05 to 5/9/05. DCC was fully informed of my status as of the date of 5/10/05. (cont. 6)

3. After writing several grievances and letters to classification, recieving no response. I wrote to Deputy Warden Pierce in Oct. 28, 2005. After he recieved my letters he did not make or issue any decission regarding my issues. He sent it to a treatment administrator for his action, passing the buck. Where I still did not recieve any response.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the State to pay a monetary sum to me. For to pain and stress this has brought to me and my family. I also want to be moved to population (medium or minimum security). Where I can recieve my education and full contact with my children.

3

2. _____

   _____

   _____

   _____

   _____

   _____

3. _____

   _____

   _____

   _____

   _____

   _____

   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30th__ day of __April__, __2006__.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

page 5     (Names of Defendants)
       (4) Deputy Warden Pierce
       (5) D.C.C. Records Department

III. Defendants (in order listed on the caption)

(4) Name of Fourth defendant: Deputy Warden Pierce
Employed as Deputy Warden at State of Delaware Department of Correction
Mailing address with zip code: Office Of The Deputy Warden Delaware Correctional Center 1181 Paddock Rd. Smyrna, Delaware 19977

(5) Name of Fifth defendant: D.C.C. Records Department
Employed as Records Department at State of Delaware Department of Correction
Mailing address with zip code: Delaware Correctional Center 1181 Paddock Rd. Smyrna, Delaware 19977

page 6

(cont. IV. Statement of Claim)

1) (cont.) While I was in V-Building in DCC, I notified counselor Spence that I was a pre-trial detentioner. Instead of trying to help me contact the classification department. He harassed me to sign up for PH voluntary enrollment in the Greentree program. I continually refused his offers.

I feel Counselor Spences' involvement is in reference to him not notifying the classification department to have me moved. Knowing sentenced and unsentence inmates are not to commingle.

2) (cont.) On that day I should have been transferred to B-Building (Pre-Trial). I was not I remained in V-Building from approx 5/6/05 to 8/02/05. I served 15 day in the hole for getting into a fight after another inmate who was sentence attacked me. I am still currently in Supermax (47-1). I don't have excessive write-up or a high classification score. I have been reclassified to Maxium security for eight months for one offense, so far and am not to expect to be lowered in my security level until November of 2006.

I feel that the counselor Spence PH the DCC Classification Department, and all others involved violated my constitutional rights. The Department of Corrections also placed me in a situation of PH imminent physical and mental fear and injury.

4) Thomas Carroll is involved due to the fact he is Warden of D.C.C and all parties involved in this are subject to his authority.

5) Records department is involved due to their knowlege of my sentence and when I became a Pre-Trial detentioner. Allowing me to stay in an unauthorized area due to my current status at the time. Placing me in imminent physical injury and mental fear.




Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

I/M Phillip Hicks
SBI# 298585  UNIT 21-C-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICIAL BUSINESS