IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHILLIP A. HICKS,
    Plaintiff,

vs.

THOMAS CARROLL, DENNIS SPENCE,
D.C.C. CLASSIFICATION DEPT.,
DEPUTY WARDEN PIERCE,
D.C.C. RECORDS DEPARTMENT,
    Defendants.

Civil Action No. 06-299-GMS

FILED
JUN - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

## MOTION TO REQUEST INDIGENCE

    I Phillip A. Hicks, pro sé SBI #298585 request the authorization to be rendered indigent by this honorable court. I seek relief from filing fees and initial partial filing fees. I ask this honorable court to absolve me of any and all costs.

    As of May 19, 2006 THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE granted me, Phillip A. Hicks, leave to proceed in forma pauperis. Though I greatly appreciate this, I seek further relief due to my incarceration. I don't have the means to pay the assessed filing fees this honorable court requires. I am currently being housed in Maximum Security at DELAWARE CORRECTIONAL CENTER in Smyrna, DELAWARE. My security level prevents me eligibility to obtain employment in this facility. I only recieve money occasionally when I ask a friend and mabye they send me ten (10) or twenty (20) dollars. I have to

pay for my mail that I send, medical treatments, medications, dental assistance, when I do recieve the little money that I occasionally recieve.

In conclusion I ask again that this honorable court consider the above, and grant me, Phillip A. Hicks, pro sé leave to proceed in Civil Action No. 06-299-GMS as indigent. Please send me the forms as so I can file for indigencey properly with this honorable court.

Sincerely,

*Phillip A. Hicks*, pro sé

SBI #298585

Delaware Correctional Center

1181 Paddock Road

Smyrna, Delaware 19977


CC: Phillip Hicks, pro sé


DATE: MAY 25, 2006

I/M Philip Hicks
SBI# 298585   UNIT 21-C-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICIAL BUSINESS

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570