IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHILLIP A. HICKS, pro sé
Plaintiff,

vs.

THOMAS CARROLL, et al

Civil Action No. 06-299-GMS

### Request for Docket Sheet

I Phillip A. Hicks hereby request a copy of the docket text, in regards to the above mentioned case number.

Also I request to know the status of the Motion of Indigence I sent in as of May 25, 2006. Thank you for your assistance with these matters.

Sincerely,

Phillip A. Hicks
D.C.C.
1181 Paddock Rd.
Smyrna, Delaware 19977

Date: July 10, 2006
cc: Phillip A. Hicks

Phillip A. Hicks
SBI# 298585   UNIT 21-C-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICIAL BUSINESS

Legal MAIL

Peter T. Dalleo, Clerk
U.S. District Court
Lockbox 18, 844 N. King Street
Wilmington, Delaware
19801