To whom this may concern,                                    06-299

My name is Phillip A. Hicks, S.B.I# 298586. On September 9, 2006, I suffered from sever dizziness and passed out. On that day at aprox. 4:15 pm. I was moved via weelchair to the infirmiary. My cell mate packed up my personal and legal effects while I watched unable to assist, prior to me being moved from building 21-C-U-8. He did this due to instructions from officer Griffin. As I was being help out of my cell by officer Glick and Lewis; officer Griffin was collecting my property from my cell C-U-8. As to his instructions my personal hygiene, T-shirts, boxers, socks, and shower shoes were placed into one bag. My miscellaneous personal effects and legal materials were placed into another bag. The bag of clothes and hygiene was to go with me to the infirmiary. Since I had been off of building 21-C tiers count for aprox. 45 mins. officer Glick was in a hurry to move me out of his building not allowing me to wait for officer Glick to bring my needed items.

On September 10, 2006 I asked an officer in the infirmiary to locate my property, so I could attain clean clothes. He spoke with officer Watson. As he told me she did not know where my property was or if it was even sent out.

I returned to my tier on September 11, 2006. I spoke with officer Carter as to the regards of my property. I was informed that it would be delivered on 9-15-06.

Page 1 of 4

On 9-15-06 I spoke with several officers as to them locating my property and it being delivered. I started my inquires at around 9:30 am.. At 2:30 p.m I was told by the sargant that the property officer has came and left already.

From September 18, 2006 to September 22, 2006 I spoke with several officers agian, asking them to call and notify the property officials that I have returned and have pressing legal issues I am currently dealing with and need my property. I spoke with officers McCarroll, Carter, Watson, Travis, Andrews, Griffin, Palmilo, and Cain. Friday Sept. 22 came and officer Griffin told me on his second shift that day, that the property officer came but he (officer Griffin) forgot to mention the issue of my property to him or her.

On Monday September 25, 2006 I again asked officer Andrews and Griffin to alert the property officers that I still do not have my property. Which leaves me with only 1 set of clothing, no personal hygiene items, and henders my legal intrests. I asked to speak with a lieutenant. I was never seen. I was stressing and feeling depressed. I asked officer McCarroll to see mental health on 9-24. I never recieved any help. I continued to suffer.

On September 26, 2006 Councelor Schrader came on the tier. I have been dealing classification errors and problem which heavily contributed to my stress and depression also. As we began to conversate she laughed at me

page 2 of 4

as she told me I have to stay in Maxium security not for the 12 months I was orginally told but for 18 months. As I was tring to defend my position and inquire how and why, when I am on level 4 and have followed all rules and regulations, and treatment. She was cutting me off so I raised my voice to be heard. I was telling nothing but the truth and she didn't want to hear me. Then she threatened to walk away if I didn't lower my tone of voice. I did and then soon after caught her in a lie. My voice raised again and she told the officer with her she was done with me. She said to me she ain't gonna be talk to like that by me after all she's done for me. I said "you ain't done shit for me. Every level raise I got I earned. It's your fuckin job to put it in at the proper time." My temper flared as I spoke to Officer Andrews from inside my cell through the door to him as he was tring to clam me down. I cursed as I spoke of how she has been lying directly to my face for the past 45 days. And how I hurting because I can't hold my recently born son, And other issues I've been dealing with. I was written up by Counselor Schrader. Then 2 hrs. later seen by mental health. Mental health was not aware I need assistance unit that day. Although I previously asked officer McCarroll to call them.

On September 28, 2006 on my way returning from a visit I stoped at Lt. Chad Welcomes' office with Sargent Cain. Lt. Welcome told me he would notify Corpol. Cromma at the property room. Notifing

page 3 of 4

him of my situation and need of legal issues to deal with. I have previously written Lieutant Welcome and Corpal Cromma in regards to these matters. Today is Friday September 29, 2006. At 1:45 pm. I spoke with Sergeant Cain. He told me that he has already spoke with Lieutant Welcome and Cromma in person and Cromma did not have any property for anyone in building 21. So at this time I consider all my property lost. This is my conslusion. I don't know what else to do. I have wrote an agreviance about this situation. I haven't gotten a response yet.

    Please help me I don't know where to turn next. I can't get a straight answer from anyone. I can't stop stressing.

Sincerely,
PHS
Phillip A. Hicks
SBI #298585
MHU21-C-U-8
D.C.C.
1181 Paddock Rd
Smyrna, De 19977

cc: Deputy Warden Pierce
Warden Thomas Carroll
Internal Affairs
Judge Gregory M. Sleet
Office of the Clerk U.S. District Court

9/29/06

page 4 of 4

I/M Phillip Hicks
SBI# 298565   UNIT 0-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Official Business

Legal Mail!!!!

WILMINGTON DE 197
03 OCT 2006 PM 2 L

℅ Office of the Clerk /Judge GMS
United States District Court
844 N. King St., Lockbox 18
Wilmington, Delaware
19801-3570