# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILLIP A. HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-299-GMS |
| | ) | |
| THOMAS CARROLL, ET AL., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of Defendants Dennis Spence and Deputy Warden David Pierce. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us

Date: November 6, 2006     Attorney for Defendants

## CERTIFICATE OF SERVICE

  I hereby certify that on November 6, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on November 6, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Phillip A. Hicks.

                /s/ Eileen Kelly
                Deputy Attorney General
                Department of Justice
                820 N. French St., 6th Floor
                Wilmington, DE 19801
                (302) 577-8400
                eileen.kelly@state.de.us