IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILLIP A. HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-299-GMS |
| | ) | |
| THOMAS CARROLL, ET AL., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**<u>DEFENDANTS' ANSWER TO THE COMPLAINT</u>**

COME NOW Defendants Dennis Spence and Deputy Warden David Pierce ("Defendants"), by and through the undersigned counsel, and hereby answer the Complaint as follows:

Paragraph beginning "From 5/4/05 to 5/9/05" (under "Statement of Claim"):" Admitted that plaintiff was housed in minimum security until August 2, 2005. Denied that Plaintiff was assaulted by an inmate on August 2, 2005. Defendants are without sufficient information to admit or deny the remaining allegations set forth in this paragraph.

Paragraph beginning "Delaware Correctional Centers" (under "Statement of Claim"):" No response is required as to allegations against the DCC Classification Department as it has been terminated as a defendant. Defendants are without sufficient information to admit or deny the remaining allegations set forth in this paragraph.

Paragraph beginning "After writing" (under "Statement of Claim"):" Denied, except it is admitted that Plaintiff wrote to Defendant Pierce on October 28, 2005.

Paragraph beginning "While I was in V-Building:" Denied.

Paragraph beginning "I feel:" Denied.

Paragraph beginning "On that day:" Admitted that Plaintiff was housed in minimum security until August 2, 2005. Admitted that Plaintiff was sanctioned to 15 days in isolation for assaulting another inmate. Admitted that, as of the date of the filing of this answer, Plaintiff is housed in maximum security. The remaining allegations set forth in this paragraph are denied.

Paragraph beginning "I feel that the counselor:" Denied.

Sentence beginning "Thomas Carroll:" Thomas Carroll has been terminated as a defendant in this matter and therefore no response is required.

Paragraph beginning "Records department:" The DCC Records Department has been terminated as a defendant in this matter and therefore no response is required.

## RELIEF

1. It is specifically denied that Plaintiff is entitled to compensatory, punitive or any monetary damages.

2. It is specifically denied that Plaintiff is entitled to declaratory, injunctive or any other relief.

## AFFIRMATIVE DEFENSES

3. Plaintiff has failed to state a claim upon which relief can be granted.

4. Plaintiff has failed to exhaust his administrative remedies.

5. Defendants are immune from liability under the Eleventh Amendment.

6. Defendants are entitled to qualified immunity.

7. As to any claims under state law, Defendants are entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001 *et seq.*

8. As to any claims under state law, Defendants are entitled to sovereign immunity in their official capacities.

9. Defendants cannot be held liable in the absence of personal involvement for the alleged constitutional deprivations.

10. To the extent that Plaintiff seeks to hold Defendants liable based on supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

11. Defendants, in their official capacities, are not liable for alleged violations of Plaintiff's constitutional rights as they are not "persons" within the meaning of 42 *U.S.C.* § 1983.

12. Insufficiency of service of process.

13. Insufficiency of process.

14. Lack of jurisdiction over the person and subject matter.

WHEREFORE, Defendants respectfully request that judgment be entered in their favor and against Plaintiff as to all claims and that attorney fees be awarded to them.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th fl.
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

Date:  November 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2006, I electronically filed *Defendants' Answer to the Complaint* with the Clerk of Court using CM/ECF. I hereby certify that on November 6, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Phillip Hicks.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us