### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILLIP A. HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-299-GMS |
| | ) | |
| THOMAS CARROLL, ET AL., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF

COME NOW the Defendants Dennis Spence and Deputy Warden David Pierce ("Defendants"), by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting Defendants' counsel the right to depose Plaintiff Phillip A. Hicks ("Plaintiff"), an incarcerated individual:

1.   Plaintiff is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2.   Counsel for the Defendants wishes to depose Plaintiff as part of discovery in this case.

3.   The discovery deadline in this matter is May 8, 2007.

4.   Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

5.   A form of order is attached to this motion that grants Defendants' counsel the right to depose Plaintiff.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their Motion for Leave to Depose Plaintiff Phillip A. Hicks.

                                        **STATE OF DELAWARE**
                                        **DEPARTMENT OF JUSTICE**

                                        /s/ Eileen Kelly
                                        Eileen Kelly, I.D. No. 2884
                                        Deputy Attorney General
                                        Carvel State Office Building
                                        820 N. French Street, 6th Floor
                                        Wilmington, DE 19801
                                        (302) 577-8400
                                        eileen.kelly@state.de.us
                                        Attorney for Defendants

Dated: April 16, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PHILLIP A. HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-299-GMS |
| | ) | |
| THOMAS CARROLL, ET AL., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**<u>7.1.1 CERTIFICATE OF COUNSEL</u>**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Phillip A. Hicks is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Motion for Leave to Depose Plaintiff.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

                                            **STATE OF DELAWARE**
                                            **DEPARTMENT OF JUSTICE**

                                            <u>/s/ Eileen Kelly</u>
                                            Eileen Kelly, I.D. No. 2884
                                            Deputy Attorney General
                                            Carvel State Office Building
                                            820 N. French Street, 6th Floor.
                                            Wilmington, DE 19801
                                            (302) 577-8400
                                            eileen.kelly@state.de.us
                                            Attorney for Defendants

Dated:  April 16, 2007

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILLIP A. HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-299-GMS |
| | ) | |
| THOMAS CARROLL, ET AL., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This _____ day of _____, _____,

**WHEREAS,** Defendants having requested leave to depose Plaintiff Phillip A. Hicks pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' Motion for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff Phillip A. Hicks.

_____
Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I electronically filed *Defendants' Motion For Leave to Depose Plaintiff* with the Clerk of Court using CM/ECF.  I hereby certify that on April 16, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  Phillip A. Hicks.

>/s/ Eileen Kelly
>Deputy Attorney General
>Department of Justice
>820 N. French St., 6th Floor
>Wilmington, DE 19801
>(302) 577-8400
>eileen.kelly@state.de.us
>Attorney for Defendants