IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILLIP A. HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-299-GMS |
| | ) | |
| THOMAS CARROLL, ET AL., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## ORDER

This _17th_ day of _April_, _2007_,

**WHEREAS,** Defendants having requested leave to depose Plaintiff Phillip A. Hicks pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' Motion for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff Phillip A. Hicks.

_____
Judge



FILED

APR 17 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE