## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILLIP A. HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-299-GMS |
| | ) | |
| THOMAS CARROLL, ET AL., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION

TO:  Phillip A. Hicks
     SBI # 298585
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE  19977

**PLEASE TAKE NOTICE** that the oral deposition of Phillip A. Hicks will be taken by

Eileen Kelly, Deputy Attorney General, on Friday, May 4, 2007 beginning at 10:00 a.m. The

deposition will take place at the Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE

19977, and will be transcribed by a professional reporter.

                              STATE OF DELAWARE
                              DEPARTMENT OF JUSTICE

                              /s/ Eileen Kelly_____
                              Deputy Attorney General
                              Department of Justice
                              820 N. French Street, 6th Floor
                              Wilmington, DE 19801
                              (302) 577-8400
DATED: April 19, 2007         eileen.kelly@state.de.us

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2007, I electronically filed *Defendant's Notice to Take Deposition of Plaintiff* with the Clerk of Court using CM/ECF.  I hereby certify that on April 19, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  Phillip A. Hicks.


/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendant