IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Phillip A. Hicks,
    Plaintiff,

v.                                             C.A. NO. 06-299-GMS

Thomas Carroll, Et. Al.,
    Defendants,

### Notice of Change of Address

I Phillip A. Hicks, pro sé hereby submitt to this honorable court, formally a change of address. As of May 8th, 2007. All future mail shall be directed to the following address:

    Phillip A. Hicks
    156 Carnation Drive
    Magnolia Delaware
    19962

FILED
MAY - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,
Phillip A. Hicks, pro sé
SBI# 298585
1181 Paddock Rd
Smyrna De, 19977

I/M Phillip Hicks
SBI# 298585    UNIT 17-B-HC
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal MAIL!!!

Office of the Clerk
U.S. District Court
Lockbox 18; 844 N. King St.
Wilmington Delaware
19801