IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Phillip A. Hicks
    Plaintiff,

v.

Thomas Carroll, Et. Al.,
    Defendants.

C.A. No. 06-299-GMS
Jury Trial Requestes

## Motion for Time Extention

    I Phillip A. Hicks, pro sé, seek to petition this honorable court, for an extention of time on the scheduling order in C.A. No. 06-299-GMS.

    Due to information critical to filing motions to join other parties or/and amendment of pleading being lost. This previously express in a letter to this honorable court. This critical information has been rediscovered.

    In addition I request an extention to the Discovery date listed in the above case no.. That I may submit my exhibits in a timely manner and fashion.



FILED
MAY - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,
Phillip A. Hicks pro sé
sbi 298585
Delaware Correctional Center
1181 Paddock Rd
Smyrna, De 19977

I/M Phillip Hicks
SB#298585  UNIT 17-B-HC
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal MAIL!!!

Office of the Clerk
U.S. District Court
Lockbox 18; 844 N. King St.
Wilmington, Delaware
19801