IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILLIP A. HICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-299-GMS |
| | ) |
| DENNIS SPENCE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Phillip A. Hicks ("Hicks"), was a prisoner incarcerated at the Delaware Correctional Center, Smyrna, Delaware, at the time he filed this 42 U.S.C. § 1983 lawsuit, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on May 19, 2006, the court entered an order and granted Hicks leave to proceed *in forma pauperis*, assessing a filing fee of $350, and requiring Hicks to pay an initial partial filing fee of $3.17 (D.I. 3);

WHEREAS, Hicks has paid a total of $26.17 towards the $350 filing fee owed;

WHEREAS, on May 4, 2007, the court received correspondence from Hicks indicating that he would be released from prison as of May 8, 2007, and providing the court with his home address upon release;

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. *Robbins v. Switzer,* 104 F.3d 895, 899 (7th Cir. 1997); *see also Drayer v. Attorney General,* Nos. 03-2517, 03-2518, 81 Fed.Appx. 429 (3d. Cir. 2003).

THEREFORE, at Wilmington this 10Th day of May, 2007, IT IS

HEREBY ORDERED that within thirty days from the date of this order, Hicks shall either pay the balance of the filing fee owed ($323.83) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so that the court may determine whether he is still eligible to proceed *in forma pauperis*.

**NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

UNITED STATES DISTRICT JUDGE



FILED
MAY 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE