IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PHILLIP A. HICKS,                          )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )  Civ. Action No. 06-299-GMS
                                           )
DENNIS SPENCE, et al.,                     )
                                           )
            Defendants.                    )

**ORDER**

WHEREAS, the plaintiff, Phillip A. Hicks ("Hicks"), was a prisoner incarcerated at the

Delaware Correctional Center, Smyrna, Delaware, at the time he filed this 42 U.S.C. § 1983

lawsuit, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on May 4, 2007, the court received correspondence from Hicks  indicating

that he would be released from prison as of May 8, 2007, and providing the court with his home

address upon release (D.I. 19);

WHEREAS, on May 11, 2007, the court ordered the plaintiff to either pay the balance of

the filing fee he owed or submit a new standard form application to proceed without prepayment

of fees and affidavit within thirty days of the date of the order (D.I. 21);

WHEREAS, the time has lapsed and the plaintiff has not complied with the court's order

of May 11, 2007;

THEREFORE, at Wilmington this 16th day of June, 2007, IT IS HEREBY  IT IS

HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

FILED

JUN 1 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT JUDGE